## Commonwealth *v.* Bobko, Appellant.

Submitted March 15, 1971. *Herbert G. Litvin,* Assistant Public Defender, for appellant; *Nicholas M. Zanakos,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Boyer, Appellant.

Submitted June 14, 1971. *D. Patrick Zimmerman,* Public Defender, for appellant; *Michael H. Ranck,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.